**BAKER & McKENZIE**

**Baker & McKenzie LLP**

660 Hansen Way
Palo Alto, CA 94304
United States

Tel: +1 650 856 2400
Fax: +1 650 856 9299
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

July 18, 2016

Judge Laurel Beeler
Magistrate Judge
United States District Court
Northern District of California, San Francisco Division
San Francisco Courthouse, Courtroom C - 15th Floor
450 Golden Gate Ave., San Francisco, CA 94102

By FedEx

**United States of America v. Facebook, Inc. and Subsidiaries
Case No. 3:16-cv-03777-LB**

Dear Judge Beeler,

We represent Facebook, Inc. ("Facebook") in connection with the matter of United States of America v. Facebook, Inc. and Subsidiaries, 3:16-cv-0377. We are in receipt of the Court's Consent or Declination to Proceed Before a Magistrate Judge Jurisdiction, and accompanying letter to the U.S. Department of Justice directing all parties to complete the form. Although Facebook has not yet been served in this matter, and thus any Facebook response to pleadings in this matter may be premature, for the avoidance of doubt about Facebook's willingness to consent, and to facilitate the proceedings, Facebook is concurrently filing a Consent to Proceed Before a Magistrate Judge Jurisdiction.

Thank you for your attention to this matter

Sincerely,

Scott Frewing
Partner
650-251-5917

Cc:     James Weaver
        U.S. Department of Justice

        Amy Talburt Matchison
        U.S. Department of Justice

        Drew Crousore
        Baker & McKenzie

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.