1  CAROLINE D. CIRAOLO
   Principal Deputy Assistant Attorney General
2
   JAMES E. WEAVER
3  Senior Litigation Counsel, Tax Division
   AMY MATCHISON (CA SBN 217022)
4  Trial Attorney, Tax Division
   United States Department of Justice
5  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044
6  Telephone:  (202) 305-4929
   Email: James.E.Weaver@usdoj.gov
7         Amy.T.Matchison@usdoj.gov

8  Attorneys for Petitioner
   THE UNITED STATES OF AMERICA
9
                IN THE UNITED STATES DISTRICT COURT FOR THE
10                     NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,            )
                                        )   Case No. 3:16-cv-03777-LB
13         Petitioner,                  )
                                        )   **AMENDED PETITION TO ENFORCE**
14         v.                           )   **INTERNAL REVENUE SERVICE**
                                        )   **SUMMONSES**
15 FACEBOOK, INC. AND  SUBSIDIARIES     )
   (a Consolidated Group),              )
16                                      )
           Respondent.                  )
17 _____)

18      The United States of America, through undersigned counsel, petitions this Court for an

19 order enforcing seven Internal Revenue Service ("IRS") summonses served on respondent

20 Facebook, Inc. and Subsidiaries (a Consolidated Group) ("Facebook") pursuant to 26 U.S.C. §

21 7602.  This Amended Petition is filed in accordance with Rule 15(a) of the Federal Rules of Civil

22 Procedure and Civil L.R. 10-1.  For the Court's reference, the United States attaches redlined

23

Amended Petition to Enforce Internal
Revenue Service Summonses              1

copies of this Amended Petition and the Amended Stone Declaration, comparing those documents to the originally-filed petition and declaration.

In support of this Amended Petition, the United States alleges as follows:

1. This is a proceeding brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code (Title 26, United States Code) for judicial enforcement of the IRS summonses described below.

2. The Court has jurisdiction over this proceeding pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code and 28 U.S.C. §§ 1340 and 1345.  Venue properly lies within this district.

3. This proceeding is appropriate for assignment to the San Francisco or Oakland Divisions since Facebook is headquartered in San Mateo County.

4. The IRS is conducting an examination of the federal income tax liability of Facebook for the tax period ending December 31, 2010.  Part of the IRS's examination concerns matters arising under certain agreements between Facebook Inc. and Facebook Ireland Holdings Limited ("Facebook Ireland") purporting to transfer rights associated with Facebook's worldwide business to Facebook Ireland, with the exception of the United States and Canada.  Amended Declaration of Revenue Agent Nina Wu Stone ("Stone Decl.") at ¶¶ 2, 21-23.

5. Nina Wu Stone is a Revenue Agent employed in the Large Business and International Division of the IRS, assigned to the aforementioned Facebook examination.  Revenue Agent Stone is authorized to issue administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1.  Stone Decl. ¶¶ 1, 4, 5.

6. Leland Wong is also a Revenue Agent employed in the Large Business & International Division, assigned to the aforementioned Facebook examination.  Revenue Agent

Amended Petition to Enforce Internal
Revenue Service Summonses                    2

Wong is authorized to issue administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1.  Stone Decl. ¶¶ 6, 7.

7. In furtherance of the examination for 2010 and in accordance with 26 U.S.C. § 7602, on June 1, 2016, Revenue Agent Stone issued six IRS summonses directing Facebook to appear at 55 South Market Street, 6th floor, San Jose, California, 95113 on June 17, 2016, at 1:00 p.m. and to produce for examination books, records, papers and other data as described in the summonses.  Stone Decl. ¶ 8, Exhibits. 1-6.

8. In furtherance of the examination and in accordance with 26 U.S.C. § 7603, on June 1, 2016, Revenue Agent Stone served an attested copy of each of the six summonses on Facebook by personal delivery to David Wehner, the Chief Financial Officer for Facebook.  Stone Decl. ¶ 9, Exhibits 1-6.

9. Facebook failed to appear on June 17, 2016, the date scheduled for compliance with the summonses, and did not produce the books, records, papers, and other data demanded in the summonses.  Facebook's failure to comply with the six summonses continues to this date.  Stone Decl. ¶¶ 10, 14.

10. Also in furtherance of the examination for 2010 and in accordance with 26 U.S.C. § 7602, on June 8, 2016, Revenue Agent Wong issued an additional (and seventh) summons directing Facebook to appear at 55 South Market Street, 6th floor, San Jose, California, 95113 on June 29, 2016, at 1:00 p.m. and to produce for examination books, records, papers and other data as described in the summons.  Stone Decl. ¶ 11, Exhibit 7.

11. In furtherance of the examination and in accordance with 26 U.S.C. § 7603, on June 8, 2016, Revenue Agent Wong served an attested copy of the seventh summons on Facebook by personal delivery to David Wehner, the Chief Financial Officer for Facebook.

1  Stone Decl. ¶ 12, Exhibit 7.

2  12.  Facebook failed to appear on June 29, 2016, the date scheduled for compliance
3  with the seventh summons, and did not produce the books, records, papers, and other data
4  demanded.  Facebook's failure to comply with the seventh summons continues to this date.
5  Stone Decl. ¶¶ 13, 14.

6  13.  The books, records, papers, and other data demanded in the seven summonses are
7  not already in the possession of the IRS.  During the course of the examination, Facebook has
8  provided the IRS with some documents; however, Facebook has not provided documents in
9  response to the seven summonses at issue here.  To the extent Facebook earlier provided
10 documents that would also be responsive to a summons request, the IRS is not seeking
11 production of those documents.  Stone Decl. ¶ 15.

12 14.  All administrative steps as required by the Internal Revenue Code for issuance
13 and service of the summonses have been followed.  Stone Decl. ¶ 16.

14 15.  There is no "Justice Department referral," as that term is described in Section
15 7602(d)(2) of the Internal Revenue Code, in effect with respect to Facebook for the taxable
16 period ending December 31, 2010.  Stone Decl. ¶ 17.

17 15.  In  order to obtain enforcement of a summons, the petitioner must establish that
18 the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that
19 purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies
20 all administrative steps required by the Internal Revenue Code.  *United States v. Powell*, 379
21 U.S. 48, 57-58, (1964).

22 16.  In further support of this Amended Petition and incorporated herein by reference,
23 the United States submits the Amended Declaration of Revenue Agent Nina Wu Stone.  The

1  United States has met the *Powell* factors through these documents.

2  WHEREFORE, petitioner, the United States of America, seeks the following relief:

3  A. That this Court enter an order directing Facebook to show cause in writing why it should not fully comply with and obey the aforementioned seven IRS summonses and every requirement thereof as enumerated in the Amended Declaration of Revenue Agent Nina Wu Stone;

7  B. That this Court enter an order directing Facebook to appear before Revenue Agent Stone, or any other proper officer or employee of the Internal Revenue Service, and produce for examination books, records, papers and other data as required by the seven summonses;

11  C. That the United States of America recover its costs in this action; and

12  D. That the Court grant such other further relief as it deems just and proper.

13  Dated this 25th day of July, 2016.

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

*/s/ James E. Weaver*
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4929
Email: James.E.Weaver@usdoj.gov
         Amy.T.Matchison@usdoj.gov