Scott H. Frewing (SBN 191311)
Andrew P. Crousore (SBN 202195)
Jay Cha-young Kim (SBN 266360)
Brad Clements (SBN 310398)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650 856.9299
scott.frewing@bakermckenzie.com
andrew.crousore@bakermckenzie.com
jay.kim@bakermckenzie.com
brad.clements@bakermckenzie.com

Attorneys for Respondent
Facebook, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:16-cv-03777-LB |
| Petitioner, | |
| v. | **STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER** |
| FACEBOOK, INC. AND SUBSIDIARIES, | Date:     November 21, 2016<br>Time:     9:30 am |
| Respondent. | Dept.:    Courtroom 15-C |

Facebook, Inc. and the United States, through their respective undersigned counsel of record, having engaged in discussions regarding scheduling in the above-captioned matter, jointly stipulate to, and request entry of the following order to address scheduling in this matter.

IT IS HEREBY ORDERED THAT:

1.     The Court orders that the seven summonses attached to the United States' petition ("Summonses") be enforced and that Facebook comply with the requests contained in the summonses in accordance with the schedule set forth below.

2.     Without waiving any objections that it may have regarding the scope of specific requests for documents contained in the Summonses, Facebook shall make all reasonable efforts to produce all documents responsive to the Summonses on a rolling basis, completing production on

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856-2400

Case No.3:16-cv-03777-LB
Stipulation and [Proposed] Case Management Order

1
2
3
4
5

or before January 31, 2017.  If Facebook withholds materials as privileged, Facebook shall produce to the IRS a privilege log 21 days after Facebook's complete production for each summons, unless the parties stipulate to, or the Court sets, another date.  If Facebook objects to the scope of specific requests for documents, Facebook shall identify its objections in writing to the United States and the basis for its objection, no later than January 31, 2017.

6
7
8

      2. During the period from November 21, 2016 through April 28, 2017, the parties shall meet and confer as necessary to try to resolve disagreements regarding Facebook's objections as to the scope of particular requests for documents and with respect to Facebook's claims of privilege.

9
10
11
12
13
14
15
16

      3. If disputes as to the scope of particular requests are not resolved prior to April 28, 2017, and the United States contends that Facebook has not adequately complied with one or more specific requests for documents on account of Facebook's objections as to scope, the  United States shall file a brief with the Court no later than May 15, 2017 to seek resolution as to the disputed requests ("Scope Objections Brief").  The United States' Scope Objections Brief shall not exceed 25 pages in length.  Facebook will then have until June 5, 2017 to file a brief in response, which shall not exceed 25 pages in length.  The United States will then have until June 15, 2017 to file a reply which shall not exceed 10 pages in length.

17
18
19
20
21
22

      4. If after meeting and conferring, the United States objects to the documents withheld by Facebook on the grounds of privilege, the United States shall file any brief challenging Facebook's claims of privilege ("Privilege Brief") by June 29, 2017, unless the parties stipulate to, or the Court sets, another date.  The United States' Privilege Brief shall not exceed 25 pages in length.  Facebook will then have until July 20, 2017 to file a brief in response, which shall not exceed 25 pages in length.  The United States will then have until July 31, 2017 to file a reply.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856-2400

2

Case No.3:16-cv-03777-LB
Stipulation and [Proposed] Case Management Order

5. In light of this Stipulation and Case Management Conference Order, the Court vacates the hearing now scheduled for November 21, 2016.

Dated this 16th day of November, 2016.

                                          BAKER & McKENZIE LLP

/s/ *Scott H. Frewing*
SCOTT H. FREWING

/s/ *Andrew P. Crousore*
ANDREW P. CROUSORE

*Attorneys for Facebook, Inc.*


CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General


/s/ *James E. Weaver*
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division

/s/ *Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4929
Email: James.E. Weaver@usdoj.gov
       Amy.T.Matchison@usdoj.gov

*Attorneys for United States of America*

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

3

Case No.3:16-cv-03777-LB
Stipulation and [Proposed] Case Management Order

## **CASE MANAGEMENT ORDER**

The above STIPULATED CASE MANAGEMENT ORDER is approved as the Case Management Order for this case and the parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:

_____
HON. LAUREL BEELER
United States Magistrate Judge

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856-2400

4

Case No.3:16-cv-03777-LB
Stipulation and [Proposed] Case Management Order