Scott H. Frewing (SBN 191311)
Andrew P. Crousore (SBN 202195)
Brad Clements (SBN 310398)
Robert Hammill (SBN 298689)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650 856.9299
scott.frewing@bakermckenzie.com
andrew.crousore@bakermckenzie.com
brad.clements@bakermckenzie.com
robert.hammill@bakermckenzie.com

Attorneys for Respondent
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.  3:16-cv-03777-LB |
|---|---|
| Petitioner, | |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| FACEBOOK, INC. AND SUBSIDIARIES, | |
| Respondent. | |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856-2400

1

Case No.3:16-cv-03777-LB
Notice of Change in Counsel

**PLEASE TAKE NOTICE** that Jay Cha-Young Kim of BAKER & MCKENZIE LLP hereby withdraws her appearance as counsel of record for Respondent Facebook, Inc. in the above-captioned matter.

Facebook, Inc. will continue to be represented by BAKER & MCKENZIE LLP.

Dated: October 13, 2017.

BAKER & McKENZIE LLP

/s/ *Scott H. Frewing*
Scott H. Frewing
Andrew P. Crousore

Attorneys for Respondent
FACEBOOK, INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

2

Case No.3:16-cv-03777-LB
Notice of Change in Counsel