Scott H. Frewing (SBN 191311)
Andrew P. Crousore (SBN 202195)
Victoria Kovanis (SBN 289275)
Robert Hammill (SBN 298689)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
Facsimile: +1.650 856.9299
scott.frewing@bakermckenzie.com
andrew.crousore@bakermckenzie.com
victoria.kovanis@bakermckenzie.com
robert.hammill@bakermckenzie.com

Attorneys for Respondent
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>FACEBOOK, INC. AND SUBSIDIARIES,<br><br>Respondent. | Case No. 3:16-cv-03777-LB<br><br>**DECLARATION OF JOSEPH A. MYSZKA IN SUPPORT OF FACEBOOK'S OPPOSITION TO UNITED STATES' BRIEF REGARDING PRIVILEGED DOCUMENTS STILL IN DISPUTE**<br><br>DATE: **March 29, 2018**<br>TIME: **9:30 am**<br>DEPT.: **Courtroom 15-C** |

I, Joseph A. Myszka, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with Baker McKenzie, a global law firm that provides legal services across seventy-seven offices worldwide. I have been an attorney with Baker McKenzie since 2008. I am admitted to the practice of law in California and represent Facebook, Inc. ("Facebook") in this case.

2. I submit this declaration in support of Facebook's assertion of attorney-client privilege, work product protection, and the 26 U.S.C. § 7525 ("Section 7525") tax practitioner privilege.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

1

Case No.3:16-cv-03777-LB
Declaration of Joseph A. Myszka

3. In preparing this declaration, I reviewed the Disputed Document Log attached as Appendix A to the Government's Brief Regarding Privileged Documents Still in Dispute, ECF No.55-1 ("Disputed Document Log"). I am familiar with the work that was performed by Facebook's in-house lawyers, its outside legal counsel, and its other Section 7525 federally authorized tax practitioners reflected in these documents.

4. For each of the 153 log entries over which Facebook asserts attorney-client privilege, work product protection, or the Section 7525 tax practitioner privilege, the Disputed Document Log identifies, for each entry: (1) the beginning and ending Bates numbers; (2) the date the document was generated, labeled, or transmitted; (3) the sender or author; (4) the recipients; (5) a description of subject matter stated with particularity; and (6) an explanation as to the basis for each assertion of privilege. The Disputed Document Log follows the particular format Facebook employed when meeting and conferring with the government concerning Facebook's privilege claims.

5. I have reviewed the 71 documents over which Facebook asserts attorney-client privilege. Each privileged document relates to either: (i) requests for legal advice from attorneys made by Facebook employees; or (ii) the communication of legal advice from attorneys to Facebook employees.

6. To the best of my knowledge, Facebook never waived its attorney-client privilege over any of these 71 documents.

7. I have reviewed the 61 documents over which Facebook asserts the Section 7525 tax practitioner privilege. Each privileged document relates to either (i) Facebook's request for tax advice from federally authorized tax practitioners (as defined in 26 U.S.C. § 7525(a)(3)(A)); or (ii) the communication of tax advice to Facebook from federally authorized tax practitioners (as defined in 26 U.S.C. § 7525(a)(3)(A)).

8. To the extent that these documents over which Facebook asserts the Section 7525 tax practitioner privilege address nuances of and contractual provisions relating to Facebook's business operations, the tax advice addressed those items that had tax consequences under applicable United States tax laws.

9. To the best of my knowledge, Facebook never waived the Section 7525 tax

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

2

Case No.3:16-cv-03777-LB
Declaration of Joseph A. Myszka

practitioner privilege over any of these 61 documents.

10. I have reviewed the 53 documents over which Facebook asserts work product protection. These documents were prepared by Facebook or its representatives, and reveal mental impressions, strategies, assessments of strengths and weaknesses, and assessments of positions by Facebook representatives. Anticipation of litigation permeates these documents, affecting both the issues discussed and the level of detail of the analysis.

11. To the best of my knowledge, Facebook never waived work product protection over any of these 53 documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2018, in Palo Alto, California.

Joseph A. Myszka

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

3

Case No.3:16-cv-03777-LB
Declaration of Joseph A. Myszka