DAVID A. HUBBERT
Deputy Assistant Attorney General

JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 305-4929
Fax:  (202) 307-0054
Email: James.E.Weaver@usdoj.gov
        Amy.T.Matchison@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:16-cv-03777-LB |
| Petitioner, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **FIFTH AMENDMENT TO CASE** |
| ) | **MANAGEMENT ORDER** |
| FACEBOOK, INC. AND SUBSIDIARIES ) | |
| (a Consolidated Group), ) | **DATE:  May 3, 2018** |
| ) | **TIME:  9:30 a.m.** |
| Respondent. ) | **DEPT:  Courtroom 15-C** |
| ) | |

The United States and Facebook, Inc., through their respective undersigned counsel of record, request that the case management conference now scheduled for May 3, 2018 be continued to May 31, 2018.

This stipulation and proposed order follows a request made by the undersigned counsel for the United States during a hearing held on April 19, 2018 in related Case No. 3:17-cv-06490

to continue the case management conference date.[1] The Court indicated that May 31, 2018 was open on the Court's calendar. The parties respectfully request that the case management conference be rescheduled for May 31, 2018 at 9:30 a.m.

Dated this 25th day of April, 2018.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        /s/ *James E. Weaver*
        JAMES E. WEAVER
        Senior Litigation Counsel, Tax Division

        /s/ *Amy Matchison*
        AMY MATCHISON
        Trial Attorney, Tax Division
        United States Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 305-4929
        Email: James.E. Weaver@usdoj.gov
               Amy.T.Matchison@usdoj.gov

        *Attorneys for United States of America*

        BAKER & McKENZIE LLP

        /s/ *Scott H. Frewing*
        SCOTT H. FREWING

        /s/ *Andrew P. Crousore*
        ANDREW P. CROUSORE

        *Attorneys for Facebook, Inc.*

---

[1] Lead counsel for the United States has a medical procedure scheduled for May 3, 2018. (The procedure was originally scheduled to occur during April 2018 but was postponed.)

**ORDER**

The above STIPULATION AND [PROPOSED] FIFTH AMENDMENT TO CASE MANAGEMENT ORDER dated April 25, 2018, is approved. The case management conference is reset for May 31, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated:

                                  HON. LAUREL BEELER
                                  United States Magistrate Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 25th day of April, 2018, via the Court's ECF system to all parties.

*/s/ James E. Weaver*
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
U.S. Department of Justice