DAVID A. HUBBERT
Deputy Assistant Attorney General

JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4929
Fax: (202) 307-0054
Email: James.E.Weaver@usdoj.gov
       Amy.T.Matchison@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FACEBOOK, INC. AND SUBSIDIARIES ) <br> (a Consolidated Group), ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:16-cv-03777-LB <br><br> **STIPULATION AND [PROPOSED] SIXTH AMENDMENT TO CASE MANAGEMENT ORDER** <br><br> **DATE: July 5, 2018** <br> **TIME: 11:00 a.m.** <br> **DEPT: Courtroom 15-C** |

The United States and Facebook, Inc., through their respective undersigned counsel of record, request that the case management conference now scheduled for July 5, 2018 be continued to August 2, 2018.

This stipulation and proposed order for a continuance is not made for purposes of delay, but rather to allow the parties additional time to explore possible resolution of this matter consistent with the Court's June 4, 2018 Order (Docket No. 81). Accordingly, the parties respectfully request that the case management conference be rescheduled for August 2, 2018 at 11:00 a.m.

Dated this 22nd day of June, 2018.

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          /s/ *James E. Weaver*
          JAMES E. WEAVER
          Senior Litigation Counsel, Tax Division

          /s/ *Amy Matchison*
          AMY MATCHISON
          Trial Attorney, Tax Division
          United States Department of Justice
          P.O. Box 683, Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 305-4929
          Email: James.E. Weaver@usdoj.gov
                   Amy.T.Matchison@usdoj.gov

          *Attorneys for United States of America*


          BAKER & McKENZIE LLP

          /s/ *Scott H. Frewing*
          SCOTT H. FREWING

          /s/ *Andrew P. Crousore*
          ANDREW P. CROUSORE

          *Attorneys for Facebook, Inc.*

**ORDER**

The above STIPULATION AND [PROPOSED] SIXTH AMENDMENT TO CASE MANAGEMENT ORDER is approved. The case management conference is reset for August 2, 2018 at 11:00 a.m.

IT IS SO ORDERED.

Dated:

>   HON. LAUREL BEELER
>   United States Magistrate Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 22nd day of June, 2018, via the Court's ECF system to all parties.

> */s/ James E. Weaver*
> JAMES E. WEAVER
> Senior Litigation Counsel, Tax Division
> U.S. Department of Justice