DAVID A. HUBBERT
Deputy Assistant Attorney General

JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4929
Fax: (202) 307-0054
Email: James.E.Weaver@usdoj.gov
       Amy.T.Matchison@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:16-cv-03777-LB |
| Petitioner, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **SIXTH AMENDMENT TO CASE** |
| ) | **MANAGEMENT ORDER** |
| FACEBOOK, INC. AND SUBSIDIARIES ) | |
| (a Consolidated Group), ) | **DATE:** July 5, 2018 |
| ) | **TIME:** 11:00 a.m. |
| Respondent. ) | **DEPT:** Courtroom 15-C |

The United States and Facebook, Inc., through their respective undersigned counsel of record, request that the case management conference now scheduled for July 5, 2018 be continued to August 2, 2018.

This stipulation and proposed order for a continuance is not made for purposes of delay, but rather to allow the parties additional time to explore possible resolution of this matter consistent with the Court's June 4, 2018 Order (Docket No. 81). Accordingly, the parties respectfully request that the case management conference be rescheduled for August 2, 2018 at 11:00 a.m.

Stipulation and [Proposed] Order
Case No. 3:16-cv-03777-LB                    1

Dated this 22nd day of June, 2018.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        /s/ *James E. Weaver*
        JAMES E. WEAVER
        Senior Litigation Counsel, Tax Division

        /s/ *Amy Matchison*
        AMY MATCHISON
        Trial Attorney, Tax Division
        United States Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 305-4929
        Email: James.E. Weaver@usdoj.gov
                Amy.T.Matchison@usdoj.gov

*Attorneys for United States of America*


        BAKER & McKENZIE LLP

        /s/ *Scott H. Frewing*
        SCOTT H. FREWING

        /s/ *Andrew P. Crousore*
        ANDREW P. CROUSORE

*Attorneys for Facebook, Inc.*

## ORDER

The above STIPULATION AND [PROPOSED] SIXTH AMENDMENT TO CASE MANAGEMENT ORDER is approved. The case management conference is reset for August 2, 2018 at 11:00 a.m.

IT IS SO ORDERED.

Dated:  June 25, 2018

_____
HON. LAUREL BEELER
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 22nd day of June, 2018, via the Court's ECF system to all parties.

                    */s/ James E. Weaver*
                    JAMES E. WEAVER
                    Senior Litigation Counsel, Tax Division
                    U.S. Department of Justice