DAVID A. HUBBERT
Deputy Assistant Attorney General

JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4929
Fax: (202) 307-0054
Email: James.E.Weaver@usdoj.gov
       Amy.T.Matchison@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:16-cv-03777-LB |
| Petitioner, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **SEVENTH AMENDMENT TO CASE** |
| ) | **MANAGEMENT ORDER** |
| FACEBOOK, INC. AND SUBSIDIARIES ) | |
| (a Consolidated Group), ) | **DATE: August 2, 2018** |
| ) | **TIME: 11:00 a.m.** |
| Respondent. ) | **DEPT: Courtroom 15-C** |
| ) | |

The United States and Facebook, Inc., through their respective undersigned counsel of record, request that the case management conference, now scheduled for August 2, 2018, be continued to September 27, 2018.

This stipulation and proposed order for a continuance is not made for purposes of delay, but rather to allow the parties additional time to explore possible resolution of this matter.

The Court issued an order on April 30, 2018 ("Order") that addressed 15 documents (which had been submitted for *in camera* review) out of 153 disputed documents. Counsel for the United States has subsequently evaluated its challenges to Facebook's privilege claims in

light of the Order, with an eye toward narrowing disputes regarding the remaining 138 documents.

Counsel for the parties have recently conferred by email and by telephone regarding this case.  Presently, 22 items (of the 138 documents referred to above) remain in dispute, and counsel for the parties are in the process of attempting to further narrow or eliminate disputes over these 22 items.

Counsel for the parties request additional time to discuss remaining disputes and the potential resolution of those disputes.  Accordingly, the parties respectfully request that the case management conference now scheduled for August 2, 2018 be rescheduled for September 27, 2018 at 11:00 a.m.

Dated this 26th day of July, 2018.

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *James E. Weaver*
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division

/s/ *Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4929
Email:  James.E. Weaver@usdoj.gov
             Amy.T.Matchison@usdoj.gov

*Attorneys for United States of America*


BAKER & McKENZIE LLP

/s/ *Scott H. Frewing*
SCOTT H. FREWING

/s/ *Andrew P. Crousore*
ANDREW P. CROUSORE

*Attorneys for Facebook, Inc.*

## **ORDER**

The above STIPULATION AND [PROPOSED] SEVENTH AMENDMENT TO CASE MANAGEMENT ORDER is approved. The case management conference is reset for September 27, 2018 at 11:00 a.m.

IT IS SO ORDERED.

Dated:

                                 HON. LAUREL BEELER
                                 United States Magistrate Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 26th day of July, 2018, via the Court's ECF system to all parties.

*/s/ James E. Weaver*
JAMES E. WEAVER
Senior Litigation Counsel, Tax Division
U.S. Department of Justice